FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2021

No. 04-19-00826-CR

Richard **BRITTAIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 589944
Honorable Rosie S. Gonzalez, Judge Presiding

# O R D E R

On October 28, 2020, this court notified the parties that this appeal would be advanced for on briefs submission on December 8, 2020, to the following panel: Justice Rebeca C. Martinez, Justice Beth Watkins, and Justice Liza A. Rodriguez. Our October 28, 2020 notification is hereby WITHDRAWN.

This appeal will be advanced for **ON BRIEFS** submission on February 17, 2021, to the following panel: Justice Beth Watkins, Justice Liza A. Rodriguez, and Justice Lori L. Valenzuela.

It is so **ORDERED** January 27, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT